**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BBC STUDIOS DISTRIBUTION LTD ) | |
| ) | |
| Plaintiff, ) | Case No. 22-cv-1441 |
| ) | |
| v. ) | Judge Matthew F. Kennelly |
| ) | |
| THE PARTNERSHIPS and ) | Magistrate Judge Susan E. Cox |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANTS' 126 (MOOSUNGEEK), 127
(KAIFENGJIANBENSHANGMAOYOUXIANGONGSI), 128
(SHENZHENSHIDEXIANGHETAIMAOYIYOUXIANGONGSI), 129
(SHENZHENSHIBAIPINYOUYIMAOYIYOUXIANGONGSI), 130
(BEIHAISHIHONGJIUDIANZISHANGWUYOUXAINGONGSI), 135
(KAIFENGZHENYANSHANGMAOYOUXIANGONGSI), 136
(SICHUANCHENGHONGTAIDIANZISHANGWUYOUXIANGONGSI), 137
(YIWUSHILONGMANDEQIMAOYIYOUXIANGONGSI), AND 142
(ZHENGZHOUQITISHANGMAOYOUXIANGONGSI)
<u>UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND</u>**

Defendants 126 (MOOSUNGEEK), 127 (kaifengjianbenshangmaoyouxiangongsi), 128 (shenzhenshidexianghetaimaoyiyouxiangongsi), 129 (shenzhenshibaipinyouyimaoyiyouxiangongsi), 130 (beihaishihongjiudianzishangwuyouxaingongsi), 135 (kaifengzhenyanshangmaoyouxiangongsi), 136 (sichuanchenghongtaidianzishangwuyouxiangongsi), 137 (yiwushilongmandeqimaoyiyouxiangongsi), and 142 (zhengzhouqitishangmaoyouxiangongsi) ("Defendant"), by and through their counsel, Ford Banister IP, hereby respectfully request an extension of time of Fourteen (14) days from May 9, 2022, or up to and including June 8, 2022, to respond to the

1

Complaint [Doc. 1] filed by BBC STUDIOS DISTRIBUTION LTD ("Plaintiff") on March 18, 2022. In support thereof, Defendants state as follows:

1. Defendants were allegedly served on April 18, 2022, and were given until May 9, 2022 to file their responsive pleadings.[Doc. 22]

2. Defendants have just retained counsel for appearance and counsel for Defendants need time to review and consider the issues presented in the Complaint [Doc. 1]. Thus, Defendants respectfully request a grant of a fourteen (14) day extension from May 9, 2022 [Doc. No. 22] up to and including Monday, May 23, 2022.

3. Plaintiff is unopposed to the instant request.

4. The instant motion for extension of time is not interposed for delay and will not prejudice any party.

5. This is Defendant's first request for an extension of time.

Wherefore, Defendant' respectfully requests that the Court grant this motion for extension of time to respond to Plaintiff's Complaint [Doc. 1], up to and including Monday, May 23, 2022, and for all other relief the Court deems just.

Respectfully submitted this 9th day of May, 2022.

/s/ L. Ford Banister, II
Ford Banister IP
Bar No. 5446539
305 Broadway - Floor 7
New York, NY 10007
Telephone: U.S No. 212-500-3268
Email: ford@fordbanister.com
*Attorney for Defendants*

2