# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

BBC Studios Distribution Ltd

                                          Plaintiff,

v.                                                   Case No.: 1:22−cv−01441

                                                     Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 8, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion by Defendant Shenzhen Leguoguo Trading Co., Ltd. to dismiss for lack of jurisdiction [44] and remainder of Motion by Plaintiff for preliminary injunction (as to that same defendant) [35] are terminated as moot in light of the dismissal of Plaintiff's claims against Defendant Shenzhen Leguoguo Trading Co., Ltd. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.