# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

BBC Studios Distribution Ltd

          Plaintiff,

v.

Case No.: 1:22−cv−01441

Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 14, 2022:

    MINUTE entry before the Honorable Matthew F. Kennelly: The unopposed motion for extension of time [67] is granted. The response of defendants LianX, Lucyflower, SXJDWZ, and ZZQXMY to the complaint is to be filed by 7/14/2022. Defendants should not expect another extension of this deadline. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.