IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BBC STUDIOS DISTRIBUTION LTD, <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN LEGUOGUO TRADING CO., LTD., et al., <br><br> Defendants. | Case No. 22-cv-01441 <br><br> **Judge Matthew F. Kennelly** <br><br> **Magistrate Judge Susan E. Cox** |

**PLAINTIFF'S MOTION FOR ENTRY OF A
CONSENT JUDGMENT AS TO CERTAIN DEFENDANTS**

Plaintiff BBC Studios Distribution Ltd. ("Plaintiff") filed a Complaint against defendants VRHE LLC, BIOSA LLC, and Mumaoyi INC ("Defendants") on March 18, 2022. Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint, and have agreed to entry of the proposed Consent Judgment. As such, Plaintiff moves this Honorable Court for the entry of a Consent Judgment. A copy of the proposed Consent Judgment has been submitted to Proposed_Order_Kennelly@ilnd.uscourts.gov.

| | |
|---|---|
| Dated this 19th day of July 2022. | Respectfully submitted,<br><br>/s/ Justin R. Gaudio<br>Amy C. Ziegler<br>Justin R. Gaudio<br>Isaku M. Begert<br>Kahlia R. Halpern<br>Greer, Burns & Crain, Ltd.<br>300 South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>312.360.0080<br>312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>ibegert@gbc.law<br>khalpern@gbc.law<br><br>*Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of July 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of Electronic Filing" to the parties of record in this case.

      /s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff*